IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 10-cv-01578-WJM-KLM

MARVIN WILLIAMS, JR.,

    Plaintiff,

v.

OCWEN LOAN SERVICING LLC,
HSBC MORTGAGE SERVICE,
HAMMERSMITH MANAGEMENT INC FOR TUSCANY SOUTH RECREATION ASSOCIATION, and
COLBY STRUCTURAL ANALYSIS LLC,

    Defendants.

### ORDER ADOPTING MARCH 15, 2011 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court on the March 15, 2011 Recommendation by Magistrate Judge Kristen L. Mix (ECF No. 48) that Plaintiff's Second Amended Complaint (ECF No. 22) be DISMISSED with prejudice pursuant to FED. R. CIV. P. 41(b) and that the pending Motions to Dismiss (ECF Nos. 30 and 35) be DENIED as moot. The Recommendation is incorporated herein by reference. See 28 U.S.C. § 636(b)(1)(B); FED. R. CIV. P. 72(b).

The Recommendation advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 48 at 7-8.) Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party. "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems

appropriate." *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings").

The Court concludes the Magistrate Judge's analyses and recommendations are correct and "there is no clear error on the face of the record." FED. R. CIV. P. 72 Advisory Committee's Note. Therefore, the Court ADOPTS the Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is:

ORDERED that the Recommendation of the United States Magistrate Judge (ECF No. 48), filed March 15, 2011, is APPROVED, and, for the reasons cited therein,

- Plaintiff's Second Amended Complaint (ECF No. 22) is DISMISSED WITH PREJUDICE pursuant to FED. R. CIV. P. 41(b).
- The pending Motions to Dismiss (ECF Nos. 30 and 35) are DENIED AS MOOT.

Dated this 27th day of April, 2011.

BY THE COURT:

William J. Martínez
United States District Judge